IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wilkins, William K | Case Number: 07 B 02921 |
| Wilkins, Laura L | Judge: Wedoff, Eugene R |
| Printed: 3/25/08 | Filed: 2/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 27, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,759.46 | |
| Secured: | | 1,800.23 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 102.75 |
| Other Funds: | | 1,856.48 |
| Totals: | 3,759.46 | 3,759.46 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ford Motor Credit Corporation | Secured | 11,049.00 | 1,197.14 |
| 2. | Greenwich Finance LLC D/B/A | Secured | 2,200.00 | 603.09 |
| 3. | Internal Revenue Service | Priority | 1,085.64 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 1,957.74 | 0.00 |
| 5. | Cottonwood Financial Ltd | Unsecured | 14.20 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 46.10 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 23.65 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 10.19 | 0.00 |
| 9. | Jefferson Capital | Unsecured | 14.08 | 0.00 |
| 10. | AmeriCash Loans, LLC | Unsecured | 121.54 | 0.00 |
| 11. | JP Morgan Chase Bank | Unsecured | 3,071.51 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 61.15 | 0.00 |
| 13. | Height Financial | Unsecured | 84.46 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 20.22 | 0.00 |
| 15. | Nicor Gas | Unsecured | 109.70 | 0.00 |
| 16. | Ford Motor Credit Corporation | Unsecured | 0.03 | 0.00 |
| 17. | Capital One | Unsecured | 21.33 | 0.00 |
| 18. | JP Morgan Chase Bank | Unsecured | 2,373.88 | 0.00 |
| 19. | Illinois Dept of Revenue | Unsecured | 54.91 | 0.00 |
| 20. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 21. | Credit One | Unsecured | | No Claim Filed |
| 22. | Covenant Mgmt Group | Unsecured | | No Claim Filed |
| 23. | Credit Protection Association | Unsecured | | No Claim Filed |
| 24. | Riscuity | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wilkins, William K  
Wilkins, Laura L  
Printed: 3/25/08

Case Number: 07 B 02921  
Judge: Wedoff, Eugene R  
Filed: 2/20/07

| | | | | |
|---|---|---|---|---|
| 26. | Applied Card Bank | Unsecured | | No Claim Filed |
| 27. | Torres Credit | Unsecured | | No Claim Filed |
| 28. | RoundUp Funding LLC | Unsecured | | No Claim Filed |
| 29. | Jefferson Capital | Unsecured | | No Claim Filed |
| 30. | Jefferson Capital | Unsecured | | No Claim Filed |

_____                    _____  
$ 22,319.33                  $ 1,800.23

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 102.75 |

_____  
$ 102.75

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____